E-FILED
Monday, 09 May, 2022  06:59:10 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

GARY HICKS,                              )
                                         )
              Plaintiff,                 )
                                         )
      v.                                 )      Case No.      20-3099-SEM-TSH
                                         )
ILLINOIS DEPARTMENT OF                   )
CORRECTIONS, ET AL.,                     )
                                         )
              Defendants.                )

**Motion to File Brief In Excess of type volume limitation**

Now comes the Plaintiff, Gary Hicks, by and through his undersigned

counsel, and in support of this motion states as follows:

1.      Under Local Rule 7.1(D)(5) the argument section of a brief in reply to a

motion for summary judgment is limited to 7,000 words.

2.      In their motion for summary judgment the Defendants have raised

multiple arguments addressing Plaintiff's claims.

3.      The Plaintiff believes it is necessary to fully brief the issues in the

case.  This is particularly true in light of the fact that the Defendants claim that

they are entitled to qualified immunity.  It is also true because this case addresses

important First Amendment issues.

4.      The argument section of brief that Plaintiff is filing is 8,053 words in

length. Plaintiff has cut the brief down considerably and is filing the brief in good

faith.

5.     In an effort to assist the Court the Plaintiff has included both a table of contents and index of cases in the brief.

Wherefore the Plaintiff, Gary Hicks, requests that he be allowed to file a memorandum of law in response to the motion for summary judgment that is in excess of 7,000 words.

/s/ John A. Baker
John A. Baker
BAKER, BAKER & KRAJEWSKI, LLC
415 South Seventh Street
Springfield, IL 62701
(217) 522-3445
(217) 522-8234 (Fax)
jab@bbklegal.com

## Certificate of Service

This document was filed by utilizing this Court's ECF system.  A copy will automatically be sent to all counsel of record this 9th day of May, 2022.  No copies have been submitted via any alternative method.

/s/ John A. Baker
John A. Baker
BAKER, BAKER & KRAJEWSKI, LLC
415 South Seventh Street
Springfield, IL 62701
(217) 522-3445
(217) 522-8234 (Fax)
jab@bbklegal.com